**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIE N. MATHIS,

        Plaintiff,

vs.                                          Case No. 3:08-cv-291-J-32MCR

JENNIFER K. ESPENSHIP,

        Defendant.

## **ORDER**

This case is before the Court on Plaintiff's Amended Complaint (Doc. 13) and Affidavit of Indigency (Doc. 3), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, and after giving plaintiff opportunities to cure deficiencies (see Orders, Docs. 6, 8, 11, 12, 14), the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 15) recommending that this case be dismissed without prejudice for failure to state a claim upon which relief could be granted.[1] Plaintiff did not file any objections and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 15), it is hereby

---

[1] The Magistrate Judge recommended dismissal because plaintiff could not plead this § 1983 civil rights case against his former private attorney. However, even if pled as a straight legal malpractice case, there is no diversity of citizenship such as might have alternatively supported federal jurisdiction (assuming the requisite amount in controversy could be established).

**ORDERED**:

1.   The Report and Recommendation (Doc. 15) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2.   Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 3) is **DENIED**.

3.   Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), this case is **DISMISSED without prejudice** to plaintiff paying the filing fee to maintain the prosecution of this suit no later than **July 15, 2008**.  The Clerk shall close the file now, subject to reopening if plaintiff pays the filing fee by the July 15, 2008 deadline.

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of June, 2008.

---
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

pro se plaintiff